*Wednesday, January 18, 1995*
## MERIT DOCKET

94–2242. State ex rel. Tisone v. Rogers. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

94–2392. Boone v. Baker. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

94–2473. Westfall v. Anderson. In Habeas Corpus. On petition for writ of habeas corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
COOK, J., not participating.

94–2551. State ex rel. Carter v. Summit Cty. Court of Common Pleas. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
COOK, J., not participating.

94–2575. State ex rel. Lyons v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

94–2584. State ex rel. Haygood v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

94–2592. State ex rel. Litteral v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.